**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LATICIA HOAGLAND, individually, Plaintiff, v. ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS, et al., Defendants.

Civil Action No. 4:26-cv-03123-MWB

MOTION FOR SANCTIONS AGAINST MATTHEW BRANN FOR HOPELESS INCOMPETENCE OR INTENTIONAL BIAS ABOUT WHETHER PAIGE MARTINEAU HAS ACTUALLY WON EVERY PROCEEDING THAT HAS ACTUALLY ADJUDICATED THE ISSUES IN PLAINTIFF'S CLAIMS, FOR A DECLARATORY JUDGMENT THAT NO ADJUDICATOR WITH JURISDICTION HAS EVER ADDRESSED, MUCH LESS REJECTED, ANY OF PLAINTIFF'S CLAIMS AS FRIVOLOUS, AND FOR A RULE TO SHOW CAUSE UPON MATTHEW BRANN TO IDENTIFY THE DOCKET NUMBER AND DOCKET ENTRY OF THE OPINION(S) HE CLAIM ACTUALLY ADDRESS, AND REJECT, PLAINTIFF'S CLAIMS

1. And, now, Plaintiff moves for sanctions against Matthew Brann for hopeless incompetence or intentional bias about whether Paige Martineau has actually won every proceeding that has actually adjudicated the issues in plaintiff's claims, for a declaratory judgment that no adjudicator with jurisdiction has ever addressed, much less rejected, any of plaintiff's claims as frivolous, and for a rule to show cause upon Matthew Brann to identify the docket number and docket entry of the opinion(s) he claim actually address, and reject, plaintiff's claims
2. The only Court that has actually adjudicated Plaintiff's claims was the Supreme Court of Pennsylvania. Paige Martineau resoundingly won that litigation. The Office of Disciplinary Counsel resoundingly lost. It was the claims of the ODC, not Martineau, which were rejected as unsupported or frivolous. Martineau wo singlehandedly. Without representation, an attorney, or a paralegal. Against six different ODC attorneys. If Judge Brann is going to mock anyone for losing, it should be the ODC.
3. Ironically, it was Judge Brann's refusal to address any of Plaintiff's claims, when those claims were raised in Martineau v. ABA, that has lead to the proliferation of litigation.
4. Judge Brann was presented with a situation in Martineau v. ABA that almost exactly mirrored a District Court case from Michigan.
5. The Court in Michigan concluded that it was First Amendment retaliation, and frivolous, for an entity to claim that a protest is "intimidation or harassment."
6. Because this was the correct legal analysis, they deterred further First Amendment retaliation, and there was no proliferation of claims.

7. Brann, unlike seemingly every other judge in the country, for all time, decided that he could enjoin protesters, and enter a sua sponte restraining order for "intimidation and harassment" based solely on plans for a peaceful protest, and polite, protected, litigation activity.
8. Brann's stunningly incompetent orders that (1) sua sponte restrained the First Amendment and (2) sua sponte refused to address any of the plaintiff's claims are the reason there are so many lawsuits now.
9. Brann could have dealt with all of these issues in the forty-page complaint that was before him, but he sua sponte stayed the case, and refused to hear it.
10. One of the most unconstitutional Orders that have ever been entered in the Middle District was Judge Brann's sua sponte Order staying Grohol's claims, and adamantly refusing to address any of her concerns, at all.
11. So, there was no adjudication at all in Martineau v. ABA, and it has been refiled in the Eastern District, which is treating it very differently than Brann.
12. There was no adjudication by anyone with jurisdiction in Grohol v. NPLS, and that also has been refiled in the Eastern District, which is treating it very differently than Brann.
13. It is stunningly incompetent for Brann to omit the heavily litigation, actually adjudicated Supreme Court litigation, where Paige Martineau resoundingly won, while mentioning only sua sponte dismissals by Courts who are named Defendants.
14. The Supreme Court of Pennsylvania rejected the ODC's claims, and the complaints of the complainants, without even a hearing.
15. This was a resounding win for Martineau, considering the ODC was frivolously claiming that Martineau was erratic at hearings.
16. For the Supreme Court to refuse to even schedule a hearing, and rule in Martineau's favor, on the pleadings, is a resounding win.
17. The ODC had six attorneys and wasted immense taxpayer dollars, and lost.
18. If anyone needs to stop repeating the same claims, after losing, it is the ODC.
19. Certainly, if Brann is going to claim that there has ever been an opinion that even addressed, much less rejected, any of Plaintiff's claims, he should be required to identify the docket number and docket entry of the opinion which allegedly addressed the claim, and allegedly found it to be frivolous.
20. If not, Martineau is entitled to a correction of Brann's incompetent and unsupported claim, especially as it is causing damage to her reputation through media reports.
21. Martineau has won every time there has been an adjudication of the claims raised in this case.
22. No adjudicator with jurisdiction has ever found those claims to be frivolous.
23. If the Court has any inherent powers at all, it must sanction Matthew Brann for this hopeless incompetence or intentional bias.

24. Brann has also incompetently failed to read the Complaints which were filed. It is stunningly incompetent to claim they raise they raise the same issues, or facts. Below, Figure A is a draft from a Motion Plaintiff is preparing to file, addressing the specific law, facts, and merits of all 563 Complaints. This table of contents, alone, demonstrates that Brann lacked any support for his claim that the causes of action were not distinct and separate.

## HOAGLAND — INDIVIDUAL CAUSES OF ACTION, DEFENDANTS, AND INCORPORATION OF FILINGS

Hoagland v. Does, No. 4:26-at-6000; related district-court docket No. 4:26-cv-03123-MWB.

It was stunningly incompetent for Judge Brann to claim that the causes of action had the same facts or issues of law.

COA 1 pled Breach of Contract against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 1. See, attached, Exhibit 1.

COA 2 pled Legal Services Corporation Act against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 2. See, attached, Exhibit 2.

COA 3 pled Intentional Infliction of Emotional Distress against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 3. See, attached, Exhibit 3.

COA 4 pled Intentional Infliction of Emotional Distress against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 4. See, attached, Exhibit 4.

COA 5 pled Intentional Infliction of Emotional Distress against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 5. See, attached, Exhibit 5.

COA 6 pled Intentional Infliction of Emotional Distress against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 6. See, attached, Exhibit 6.

COA 7 pled Intentional Infliction of Emotional Distress against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 7. See, attached, Exhibit 7.

COA 8 pled Intentional Infliction of Emotional Distress against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 8. See, attached, Exhibit 8.

COA 9 pled Intentional Infliction of Emotional Distress against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 9. See, attached, Exhibit 9.

COA 10 pled Negligent Infliction of Emotional Distress against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 10. See, attached, Exhibit 10.

COA 11 pled Negligent Infliction of Emotional Distress against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 11. See, attached, Exhibit 11.

COA 12 pled Negligent Infliction of Emotional Distress against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 12. See, attached, Exhibit 12.

COA 13 pled Negligent Infliction of Emotional Distress against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 13. See, attached, Exhibit 13.

COA 14 pled Negligent Infliction of Emotional Distress against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 14. See, attached, Exhibit 14.

COA 15 pled Negligent Infliction of Emotional Distress against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 15. See, attached, Exhibit 15.

COA 16 pled Negligent Infliction of Emotional Distress against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 16. See, attached, Exhibit 16.

COA 17 pled Public Disclosure of Private Facts against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 17. See, attached, Exhibit 17.

COA 18 pled Public Disclosure of Private Facts against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 18. See, attached, Exhibit 18.

COA 19 pled Public Disclosure of Private Facts against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 19. See, attached, Exhibit 19.

COA 20 pled Public Disclosure of Private Facts against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 20. See, attached, Exhibit 20.

COA 21 pled Public Disclosure of Private Facts against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 21. See, attached, Exhibit 21.

COA 22 pled Public Disclosure of Private Facts against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 22. See, attached, Exhibit 22.

COA 23 pled Public Disclosure of Private Facts against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 23. See, attached, Exhibit 23.

COA 24 pled False Claims Act against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 24. See, attached, Exhibit 24.

COA 25 pled False Claims Act against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 25. See, attached, Exhibit 25.

COA 26 pled False Claims Act against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 26. See, attached, Exhibit 26.

COA 27 pled False Claims Act against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 27. See, attached, Exhibit 27.

COA 28 pled False Claims Act against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 28. See, attached, Exhibit 28.

COA 29 pled False Claims Act against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 29. See, attached, Exhibit 29.

COA 30 pled False Claims Act against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 30. See, attached, Exhibit 30.

COA 31 pled Civil Legal-Aid Antitrust — Sherman Act §§ 1 and 2 against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 31. See, attached, Exhibit 31.

COA 32 pled Civil Legal-Aid Antitrust — Sherman Act §§ 1 and 2 against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 32. See, attached, Exhibit 32.

COA 33 pled Civil Legal-Aid Antitrust — Sherman Act §§ 1 and 2 against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 33. See, attached, Exhibit 33.

COA 34 pled Civil Legal-Aid Antitrust — Sherman Act §§ 1 and 2 against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 34. See, attached, Exhibit 34.

COA 35 pled Civil Legal-Aid Antitrust — Sherman Act §§ 1 and 2 against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 35. See, attached, Exhibit 35.

COA 36 pled Civil Legal-Aid Antitrust — Sherman Act §§ 1 and 2 against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 36. See, attached, Exhibit 36.

COA 37 pled Civil Legal-Aid Antitrust — Sherman Act §§ 1 and 2 against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 37. See, attached, Exhibit 37.

COA 38 pled First Amendment Compelled Speech and Association against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 38. See, attached, Exhibit 38.

COA 39 pled First Amendment Compelled Speech and Association against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 39. See, attached, Exhibit 39.

COA 40 pled First Amendment Compelled Speech and Association against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 40. See, attached, Exhibit 40.

COA 41 pled First Amendment Compelled Speech and Association against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 41. See, attached, Exhibit 41.

COA 42 pled First Amendment Compelled Speech and Association against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 42. See, attached, Exhibit 42.

COA 43 pled First Amendment Compelled Speech and Association against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 43. See, attached, Exhibit 43.

COA 44 pled First Amendment Compelled Speech and Association against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 44. See, attached, Exhibit 44.

COA 45 pled Unjust Enrichment and Promissory Estoppel against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 45. See, attached, Exhibit 45.

COA 46 pled Unjust Enrichment and Promissory Estoppel against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 46. See, attached, Exhibit 46.

COA 47 pled Unjust Enrichment and Promissory Estoppel against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 47. See, attached, Exhibit 47.

COA 48 pled Unjust Enrichment and Promissory Estoppel against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 48. See, attached, Exhibit 48.

COA 49 pled Unjust Enrichment and Promissory Estoppel against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 49. See, attached, Exhibit 49.

COA 50 pled Unjust Enrichment and Promissory Estoppel against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 50. See, attached, Exhibit 50.

COA 51 pled Unjust Enrichment and Promissory Estoppel against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 51. See, attached, Exhibit 51.

COA 52 pled Pennsylvania UTPCPL against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 52. See, attached, Exhibit 52.

COA 53 pled Pennsylvania UTPCPL against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 53. See, attached, Exhibit 53.

COA 54 pled Pennsylvania UTPCPL against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 54. See, attached, Exhibit 54.

COA 55 pled Pennsylvania UTPCPL against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 55. See, attached, Exhibit 55.

COA 56 pled Pennsylvania UTPCPL against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 56. See, attached, Exhibit 56.

COA 57 pled Pennsylvania UTPCPL against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 57. See, attached, Exhibit 57.

COA 58 pled Pennsylvania UTPCPL against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 58. See, attached, Exhibit 58.

COA 59 pled Pennsylvania UTPCPL against American Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 59. See, attached, Exhibit 59.

COA 60 pled Pennsylvania UTPCPL against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 60. See, attached, Exhibit 60.

COA 61 pled Pennsylvania UTPCPL against International Legal Aid Group. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 61. See, attached, Exhibit 61.

COA 62 pled Pennsylvania UTPCPL against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 62. See, attached, Exhibit 62.

COA 63 pled Pennsylvania UTPCPL against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 63. See, attached, Exhibit 63.

COA 64 pled Pennsylvania UTPCPL against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 64. See, attached, Exhibit 64.

COA 65 pled Pennsylvania UTPCPL against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 65. See, attached, Exhibit 65.

COA 66 pled Pennsylvania UTPCPL against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 66. See, attached, Exhibit 66.

COA 67 pled Due Process against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 67. See, attached, Exhibit 67.

COA 68 pled Due Process against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 68. See, attached, Exhibit 68.

COA 69 pled Due Process against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 69. See, attached, Exhibit 69.

COA 70 pled Due Process against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 70. See, attached, Exhibit 70.

COA 71 pled Due Process against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 71. See, attached, Exhibit 71.

COA 72 pled Due Process against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 72. See, attached, Exhibit 72.

COA 73 pled Due Process against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 73. See, attached, Exhibit 73.

COA 74 pled First Amendment Retaliation against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 74. See, attached, Exhibit 74.

COA 75 pled First Amendment Retaliation against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 75. See, attached, Exhibit 75.

COA 76 pled First Amendment Retaliation against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 76. See, attached, Exhibit 76.

COA 77 pled First Amendment Retaliation against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 77. See, attached, Exhibit 77.

COA 78 pled First Amendment Retaliation against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 78. See, attached, Exhibit 78.

COA 79 pled First Amendment Retaliation against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 79. See, attached, Exhibit 79.

COA 80 pled First Amendment Retaliation against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 80. See, attached, Exhibit 80.

COA 81 pled First Amendment Retaliation against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 81. See, attached, Exhibit 81.

COA 82 pled First Amendment Retaliation against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 82. See, attached, Exhibit 82.

COA 83 pled First Amendment Retaliation against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 83. See, attached, Exhibit 83.

COA 84 pled First Amendment Retaliation against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 84. See, attached, Exhibit 84.

COA 85 pled First Amendment Retaliation against Michael F. J. Piecuch. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 85. See, attached, Exhibit 85.

COA 86 pled First Amendment Retaliation against Lori R. Hackenberg. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 86. See, attached, Exhibit 86.

COA 87 pled First Amendment Retaliation against Jeffrey A. Rowe. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 87. See, attached, Exhibit 87.

COA 88 pled First Amendment Retaliation against Mark J. Conway. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 88. See, attached, Exhibit 88.

COA 89 pled First Amendment Retaliation against Matthew W. Brann. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 89. See, attached, Exhibit 89.

COA 90 pled First Amendment Retaliation against Robert Leadbeter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 90. See, attached, Exhibit 90.

COA 91 pled First Amendment Retaliation against Heath Brosius. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 91. See, attached, Exhibit 91.

COA 92 pled First Amendment Retaliation against Brian Kerstetter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 92. See, attached, Exhibit 92.

COA 93 pled First Amendment Retaliation against Jamie Saleski. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 93. See, attached, Exhibit 93.

COA 94 pled First Amendment Retaliation against K. Michael Sullivan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 94. See, attached, Exhibit 94.

COA 95 pled First Amendment Retaliation against Sarah Stigerwalt-Egan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 95. See, attached, Exhibit 95.

COA 96 pled First Amendment Retaliation against Alexandra Sholley. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 96. See, attached, Exhibit 96.

COA 97 pled First Amendment Retaliation against Kathleen Lincoln. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 97. See, attached, Exhibit 97.

COA 98 pled First Amendment Retaliation against Brian Ulmer. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 98. See, attached, Exhibit 98.

COA 99 pled First Amendment Retaliation against Jessica Chapman. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 99. See, attached, Exhibit 99.

COA 100 pled First Amendment Retaliation against William R. Christman III. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 100. See, attached, Exhibit 100.

COA 101 pled First Amendment Retaliation against Gabriele Miller-Wagner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 101. See, attached, Exhibit 101.

COA 102 pled First Amendment Retaliation against David K. Trevaskis. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 102. See, attached, Exhibit 102.

COA 103 pled First Amendment Retaliation against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 103. See, attached, Exhibit 103.

COA 104 pled First Amendment Retaliation against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 104. See, attached, Exhibit 104.

COA 105 pled First Amendment Retaliation against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 105. See, attached, Exhibit 105.

COA 106 pled First Amendment Retaliation against David Andrew Strouse. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 106. See, attached, Exhibit 106.

COA 107 pled First Amendment Retaliation against Jenna Ann Neidig. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 107. See, attached, Exhibit 107.

COA 108 pled First Amendment Retaliation against Robert Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 108. See, attached, Exhibit 108.

COA 109 pled First Amendment Retaliation against Pennsylvania Department of Military and Veterans Affairs. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 109. See, attached, Exhibit 109.

COA 110 pled First Amendment Retaliation against Office of Disciplinary Counsel. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 110. See, attached, Exhibit 110.

COA 111 pled First Amendment Retaliation against United States Bankruptcy Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 111. See, attached, Exhibit 111.

COA 112 pled First Amendment Retaliation against Kylie Aikey. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 112. See, attached, Exhibit 112.

COA 113 pled First Amendment Retaliation against Marsha Skoff. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 113. See, attached, Exhibit 113.

COA 114 pled First Amendment Retaliation against Rachel Wiest-Benner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 114. See, attached, Exhibit 114.

COA 115 pled First Amendment Retaliation against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 115. See, attached, Exhibit 115.

COA 116 pled First Amendment Retaliation against Matthew Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 116. See, attached, Exhibit 116.

COA 117 pled First Amendment Retaliation against Karoline Mehalchick. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 117. See, attached, Exhibit 117.

COA 118 pled First Amendment Retaliation against Jennifer P. Wilson. Plaintiff incorporates by reference the Notice of Appeal and

accompanying documents she has filed with regard to COA 118. See, attached, Exhibit 118.

COA 119 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 119. See, attached, Exhibit 119.

COA 120 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 120. See, attached, Exhibit 120.

COA 121 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 121. See, attached, Exhibit 121.

COA 122 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 122. See, attached, Exhibit 122.

COA 123 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 123. See, attached, Exhibit 123.

COA 124 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 124. See, attached, Exhibit 124.

COA 125 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 125. See, attached, Exhibit 125.

COA 126 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 126. See, attached, Exhibit 126.

COA 127 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 127. See, attached, Exhibit 127.

COA 128 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 128. See, attached, Exhibit 128.

COA 129 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 129. See, attached, Exhibit 129.

COA 130 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Michael F. J. Piecuch. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 130. See, attached, Exhibit 130.

COA 131 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Lori R. Hackenberg. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 131. See, attached, Exhibit 131.

COA 132 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Jeffrey A. Rowe. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 132. See, attached, Exhibit 132.

COA 133 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Mark J. Conway. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 133. See, attached, Exhibit 133.

COA 134 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Matthew W. Brann. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 134. See, attached, Exhibit 134.

COA 135 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Robert Leadbeter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 135. See, attached, Exhibit 135.

COA 136 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Heath Brosius. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 136. See, attached, Exhibit 136.

COA 137 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Brian Kerstetter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 137. See, attached, Exhibit 137.

COA 138 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Jamie Saleski. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 138. See, attached, Exhibit 138.

COA 139 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against K. Michael Sullivan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 139. See, attached, Exhibit 139.

COA 140 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Sarah Stigerwalt-Egan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 140. See, attached, Exhibit 140.

COA 141 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Alexandra Sholley. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 141. See, attached, Exhibit 141.

COA 142 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Kathleen Lincoln. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 142. See, attached, Exhibit 142.

COA 143 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Brian Ulmer. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 143. See, attached, Exhibit 143.

COA 144 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Jessica Chapman. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 144. See, attached, Exhibit 144.

COA 145 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against William R. Christman III. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 145. See, attached, Exhibit 145.

COA 146 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Gabriele Miller-Wagner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 146. See, attached, Exhibit 146.

COA 147 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against David K. Trevaskis. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 147. See, attached, Exhibit 147.

COA 148 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 148. See, attached, Exhibit 148.

COA 149 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 149. See, attached, Exhibit 149.

COA 150 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 150. See, attached, Exhibit 150.

COA 151 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against David Andrew Strouse. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 151. See, attached, Exhibit 151.

COA 152 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Jenna Ann Neidig. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 152. See, attached, Exhibit 152.

COA 153 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Robert Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 153. See, attached, Exhibit 153.

COA 154 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Pennsylvania Department of Military and Veterans Affairs. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 154. See, attached, Exhibit 154.

COA 155 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Office of Disciplinary Counsel. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 155. See, attached, Exhibit 155.

COA 156 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against United States Bankruptcy Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 156. See, attached, Exhibit 156.

COA 157 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Kylie Aikey. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 157. See, attached, Exhibit 157.

COA 158 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Marsha Skoff. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 158. See, attached, Exhibit 158.

COA 159 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Rachel Wiest-Benner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 159. See, attached, Exhibit 159.

COA 160 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 160. See, attached, Exhibit 160.

COA 161 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Matthew Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 161. See, attached, Exhibit 161.

COA 162 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Karoline Mehalchick. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 162. See, attached, Exhibit 162.

COA 163 pled 42 U.S.C. §§ 1985(2), 1985(3), and 1986 against Jennifer P. Wilson. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 163. See, attached, Exhibit 163.

COA 164 pled Combined Negligence and Ultra Vires against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 164. See, attached, Exhibit 164.

COA 165 pled Combined Negligence and Ultra Vires against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 165. See, attached, Exhibit 165.

COA 166 pled Combined Negligence and Ultra Vires against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 166. See, attached, Exhibit 166.

COA 167 pled Combined Negligence and Ultra Vires against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 167. See, attached, Exhibit 167.

COA 168 pled Combined Negligence and Ultra Vires against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 168. See, attached, Exhibit 168.

COA 169 pled Combined Negligence and Ultra Vires against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 169. See, attached, Exhibit 169.

COA 170 pled Combined Negligence and Ultra Vires against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 170. See, attached, Exhibit 170.

COA 171 pled Combined Negligence and Ultra Vires against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 171. See, attached, Exhibit 171.

COA 172 pled Combined Negligence and Ultra Vires against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 172. See, attached, Exhibit 172.

COA 173 pled Combined Negligence and Ultra Vires against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 173. See, attached, Exhibit 173.

COA 174 pled Combined Negligence and Ultra Vires against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 174. See, attached, Exhibit 174.

COA 175 pled Combined Negligence and Ultra Vires against Michael F. J. Piecuch. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 175. See, attached, Exhibit 175.

COA 176 pled Combined Negligence and Ultra Vires against Lori R. Hackenberg. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 176. See, attached, Exhibit 176.

COA 177 pled Combined Negligence and Ultra Vires against Jeffrey A. Rowe. Plaintiff incorporates by reference the Notice of Appeal

and accompanying documents she has filed with regard to COA 177. See, attached, Exhibit 177.

COA 178 pled Combined Negligence and Ultra Vires against Mark J. Conway. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 178. See, attached, Exhibit 178.

COA 179 pled Combined Negligence and Ultra Vires against Matthew W. Brann. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 179. See, attached, Exhibit 179.

COA 180 pled Combined Negligence and Ultra Vires against Robert Leadbeter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 180. See, attached, Exhibit 180.

COA 181 pled Combined Negligence and Ultra Vires against Heath Brosius. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 181. See, attached, Exhibit 181.

COA 182 pled Combined Negligence and Ultra Vires against Brian Kerstetter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 182. See, attached, Exhibit 182.

COA 183 pled Combined Negligence and Ultra Vires against Jamie Saleski. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 183. See, attached, Exhibit 183.

COA 184 pled Combined Negligence and Ultra Vires against K. Michael Sullivan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 184. See, attached, Exhibit 184.

COA 185 pled Combined Negligence and Ultra Vires against Sarah Stigerwalt-Egan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 185. See, attached, Exhibit 185.

COA 186 pled Combined Negligence and Ultra Vires against Alexandra Sholley. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 186. See, attached, Exhibit 186.

COA 187 pled Combined Negligence and Ultra Vires against Kathleen Lincoln. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 187. See, attached, Exhibit 187.

COA 188 pled Combined Negligence and Ultra Vires against Brian Ulmer. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 188. See, attached, Exhibit 188.

COA 189 pled Combined Negligence and Ultra Vires against Jessica Chapman. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 189. See, attached, Exhibit 189.

COA 190 pled Combined Negligence and Ultra Vires against William R. Christman III. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 190. See, attached, Exhibit 190.

COA 191 pled Combined Negligence and Ultra Vires against Gabriele Miller-Wagner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 191. See, attached, Exhibit 191.

COA 192 pled Combined Negligence and Ultra Vires against David K. Trevaskis. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 192. See, attached, Exhibit 192.

COA 193 pled Combined Negligence and Ultra Vires against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 193. See, attached, Exhibit 193.

COA 194 pled Combined Negligence and Ultra Vires against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 194. See, attached, Exhibit 194.

COA 195 pled Combined Negligence and Ultra Vires against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 195. See, attached, Exhibit 195.

COA 196 pled Combined Negligence and Ultra Vires against David Andrew Strouse. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 196. See, attached, Exhibit 196.

COA 197 pled Combined Negligence and Ultra Vires against Jenna Ann Neidig. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 197. See, attached, Exhibit 197.

COA 198 pled Combined Negligence and Ultra Vires against Robert Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 198. See, attached, Exhibit 198.

COA 199 pled Combined Negligence and Ultra Vires against Pennsylvania Department of Military and Veterans Affairs. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 199. See, attached, Exhibit 199.

COA 200 pled Combined Negligence and Ultra Vires against Office of Disciplinary Counsel. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 200. See, attached, Exhibit 200.

COA 201 pled Combined Negligence and Ultra Vires against United States Bankruptcy Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 201. See, attached, Exhibit 201.

COA 202 pled Combined Negligence and Ultra Vires against Kylie Aikey. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 202. See, attached, Exhibit 202.

COA 203 pled Combined Negligence and Ultra Vires against Marsha Skoff. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 203. See, attached, Exhibit 203.

COA 204 pled Combined Negligence and Ultra Vires against Rachel Wiest-Benner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 204. See, attached, Exhibit 204.

COA 205 pled Combined Negligence and Ultra Vires against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 205. See, attached, Exhibit 205.

COA 206 pled Combined Negligence and Ultra Vires against Matthew Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 206. See, attached, Exhibit 206.

COA 207 pled Combined Negligence and Ultra Vires against Karoline Mehalchick. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 207. See, attached, Exhibit 207.

COA 208 pled Combined Negligence and Ultra Vires against Jennifer P. Wilson. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 208. See, attached, Exhibit 208.

COA 209 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 209. See, attached, Exhibit 209.

COA 210 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 210. See, attached, Exhibit 210.

COA 211 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 211. See, attached, Exhibit 211.

COA 212 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 212. See, attached, Exhibit 212.

COA 213 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 213. See, attached, Exhibit 213.

COA 214 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 214. See, attached, Exhibit 214.

COA 215 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 215. See, attached, Exhibit 215.

COA 216 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 216. See, attached, Exhibit 216.

COA 217 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 217. See, attached, Exhibit 217.

COA 218 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 218. See, attached, Exhibit 218.

COA 219 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 219. See, attached, Exhibit 219.

COA 220 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Michael F. J. Piecuch. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 220. See, attached, Exhibit 220.

COA 221 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Lori R. Hackenberg. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 221. See, attached, Exhibit 221.

COA 222 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Jeffrey A. Rowe. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 222. See, attached, Exhibit 222.

COA 223 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Mark J. Conway. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 223. See, attached, Exhibit 223.

COA 224 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Matthew W. Brann. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 224. See, attached, Exhibit 224.

COA 225 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Robert Leadbeter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 225. See, attached, Exhibit 225.

COA 226 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Heath Brosius. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 226. See, attached, Exhibit 226.

COA 227 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Brian Kerstetter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 227. See, attached, Exhibit 227.

COA 228 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Jamie Saleski. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 228. See, attached, Exhibit 228.

COA 229 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against K. Michael Sullivan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 229. See, attached, Exhibit 229.

COA 230 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Sarah Stigerwalt-Egan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 230. See, attached, Exhibit 230.

COA 231 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Alexandra Sholley. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 231. See, attached, Exhibit 231.

COA 232 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Kathleen Lincoln. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 232. See, attached, Exhibit 232.

COA 233 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Brian Ulmer. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 233. See, attached, Exhibit 233.

COA 234 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Jessica Chapman. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 234. See, attached, Exhibit 234.

COA 235 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against William R. Christman III. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 235. See, attached, Exhibit 235.

COA 236 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Gabriele Miller-Wagner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 236. See, attached, Exhibit 236.

COA 237 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against David K. Trevaskis. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 237. See, attached, Exhibit 237.

COA 238 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 238. See, attached, Exhibit 238.

COA 239 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 239. See, attached, Exhibit 239.

COA 240 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 240. See, attached, Exhibit 240.

COA 241 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against David Andrew Strouse. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 241. See, attached, Exhibit 241.

COA 242 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Jenna Ann Neidig. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 242. See, attached, Exhibit 242.

COA 243 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Robert Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 243. See, attached, Exhibit 243.

COA 244 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Pennsylvania Department of Military and Veterans Affairs. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 244. See, attached, Exhibit 244.

COA 245 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Office of Disciplinary Counsel. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 245. See, attached, Exhibit 245.

COA 246 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against United States Bankruptcy Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 246. See, attached, Exhibit 246.

COA 247 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Kylie Aikey. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 247. See, attached, Exhibit 247.

COA 248 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Marsha Skoff. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 248. See, attached, Exhibit 248.

COA 249 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Rachel Wiest-Benner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 249. See, attached, Exhibit 249.

COA 250 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 250. See, attached, Exhibit 250.

COA 251 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Matthew Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 251. See, attached, Exhibit 251.

COA 252 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Karoline Mehalchick. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 252. See, attached, Exhibit 252.

COA 253 pled Sherman Act § 1 Group Boycott and SLAAY Client Injury against Jennifer P. Wilson. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 253. See, attached, Exhibit 253.

COA 254 pled Tortious Interference with Existing and Prospective Contractual Relations against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 254. See, attached, Exhibit 254.

COA 255 pled Tortious Interference with Existing and Prospective Contractual Relations against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 255. See, attached, Exhibit 255.

COA 256 pled Tortious Interference with Existing and Prospective Contractual Relations against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 256. See, attached, Exhibit 256.

COA 257 pled Tortious Interference with Existing and Prospective Contractual Relations against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 257. See, attached, Exhibit 257.

COA 258 pled Tortious Interference with Existing and Prospective Contractual Relations against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 258. See, attached, Exhibit 258.

COA 259 pled Tortious Interference with Existing and Prospective Contractual Relations against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 259. See, attached, Exhibit 259.

COA 260 pled Tortious Interference with Existing and Prospective Contractual Relations against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 260. See, attached, Exhibit 260.

COA 261 pled Tortious Interference with Existing and Prospective Contractual Relations against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 261. See, attached, Exhibit 261.

COA 262 pled Tortious Interference with Existing and Prospective Contractual Relations against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 262. See, attached, Exhibit 262.

COA 263 pled Tortious Interference with Existing and Prospective Contractual Relations against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 263. See, attached, Exhibit 263.

COA 264 pled Tortious Interference with Existing and Prospective Contractual Relations against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 264. See, attached, Exhibit 264.

COA 265 pled Tortious Interference with Existing and Prospective Contractual Relations against Michael F. J. Piecuch. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 265. See, attached, Exhibit 265.

COA 266 pled Tortious Interference with Existing and Prospective Contractual Relations against Lori R. Hackenberg. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 266. See, attached, Exhibit 266.

COA 267 pled Tortious Interference with Existing and Prospective Contractual Relations against Jeffrey A. Rowe. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 267. See, attached, Exhibit 267.

COA 268 pled Tortious Interference with Existing and Prospective Contractual Relations against Robert Leadbeter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 268. See, attached, Exhibit 268.

COA 269 pled Tortious Interference with Existing and Prospective Contractual Relations against Heath Brosius. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 269. See, attached, Exhibit 269.

COA 270 pled Tortious Interference with Existing and Prospective Contractual Relations against Brian Kerstetter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 270. See, attached, Exhibit 270.

COA 271 pled Tortious Interference with Existing and Prospective Contractual Relations against Jamie Saleski. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 271. See, attached, Exhibit 271.

COA 272 pled Tortious Interference with Existing and Prospective Contractual Relations against K. Michael Sullivan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 272. See, attached, Exhibit 272.

COA 273 pled Tortious Interference with Existing and Prospective Contractual Relations against Sarah Stigerwalt-Egan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 273. See, attached, Exhibit 273.

COA 274 pled Tortious Interference with Existing and Prospective Contractual Relations against Alexandra Sholley. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 274. See, attached, Exhibit 274.

COA 275 pled Tortious Interference with Existing and Prospective Contractual Relations against Kathleen Lincoln. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 275. See, attached, Exhibit 275.

COA 276 pled Tortious Interference with Existing and Prospective Contractual Relations against Jessica Chapman. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 276. See, attached, Exhibit 276.

COA 277 pled Tortious Interference with Existing and Prospective Contractual Relations against William R. Christman III. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 277. See, attached, Exhibit 277.

COA 278 pled Tortious Interference with Existing and Prospective Contractual Relations against Gabriele Miller-Wagner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 278. See, attached, Exhibit 278.

COA 279 pled Tortious Interference with Existing and Prospective Contractual Relations against David K. Trevaskis. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 279. See, attached, Exhibit 279.

COA 280 pled Tortious Interference with Existing and Prospective Contractual Relations against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 280. See, attached, Exhibit 280.

COA 281 pled Tortious Interference with Existing and Prospective Contractual Relations against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 281. See, attached, Exhibit 281.

COA 282 pled Tortious Interference with Existing and Prospective Contractual Relations against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 282. See, attached, Exhibit 282.

COA 283 pled Tortious Interference with Existing and Prospective Contractual Relations against David Andrew Strouse. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 283. See, attached, Exhibit 283.

COA 284 pled Tortious Interference with Existing and Prospective Contractual Relations against Jenna Ann Neidig. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 284. See, attached, Exhibit 284.

COA 285 pled Tortious Interference with Existing and Prospective Contractual Relations against Robert Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 285. See, attached, Exhibit 285.

COA 286 pled Tortious Interference with Existing and Prospective Contractual Relations against Brian Ulmer. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 286. See, attached, Exhibit 286.

COA 287 pled Tortious Interference with Existing and Prospective Contractual Relations against Mark J. Conway. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 287. See, attached, Exhibit 287.

COA 288 pled Tortious Interference with Existing and Prospective Contractual Relations against Matthew W. Brann. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 288. See, attached, Exhibit 288.

COA 289 pled Tortious Interference with Existing and Prospective Contractual Relations against United States Bankruptcy Court for the

Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 289. See, attached, Exhibit 289.

COA 290 pled Tortious Interference with Existing and Prospective Contractual Relations against Pennsylvania Department of Military and Veterans Affairs. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 290. See, attached, Exhibit 290.

COA 291 pled Tortious Interference with Existing and Prospective Contractual Relations against Office of Disciplinary Counsel. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 291. See, attached, Exhibit 291.

COA 292 pled Tortious Interference with Existing and Prospective Contractual Relations against Kylie Aikey. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 292. See, attached, Exhibit 292.

COA 293 pled Tortious Interference with Existing and Prospective Contractual Relations against Marsha Skoff. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 293. See, attached, Exhibit 293.

COA 294 pled Tortious Interference with Existing and Prospective Contractual Relations against Rachel Wiest-Benner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 294. See, attached, Exhibit 294.

COA 295 pled Tortious Interference with Existing and Prospective Contractual Relations against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 295. See, attached, Exhibit 295.

COA 296 pled Tortious Interference with Existing and Prospective Contractual Relations against Matthew Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 296. See, attached, Exhibit 296.

COA 297 pled Tortious Interference with Existing and Prospective Contractual Relations against Karoline Mehalchick. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 297. See, attached, Exhibit 297.

COA 298 pled Tortious Interference with Existing and Prospective Contractual Relations against Jennifer P. Wilson. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 298. See, attached, Exhibit 298.

COA 299 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Administrative Office of Pennsylvania Courts. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 299. See, attached, Exhibit 299.

COA 300 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Kylie Aikey. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 300. See, attached, Exhibit 300.

COA 301 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against American Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 301. See, attached, Exhibit 301.

COA 302 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 302. See, attached, Exhibit 302.

COA 303 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Matthew W. Brann. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 303. See, attached, Exhibit 303.

COA 304 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Heath Brosius. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 304. See, attached, Exhibit 304.

COA 305 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 305. See, attached, Exhibit 305.

COA 306 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Jessica Chapman. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 306. See, attached, Exhibit 306.

COA 307 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against William R. Christman III. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 307. See, attached, Exhibit 307.

COA 308 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Civil Procedural Rules Committee of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 308. See, attached, Exhibit 308.

COA 309 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 309. See, attached, Exhibit 309.

COA 310 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Clinton County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 310. See, attached, Exhibit 310.

COA 311 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Committee on Rules of Practice and Procedure. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 311. See, attached, Exhibit 311.

COA 312 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Commonwealth of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 312. See, attached, Exhibit 312.

COA 313 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Mark J. Conway. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 313. See, attached, Exhibit 313.

COA 314 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Court of Judicial Discipline of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 314. See, attached, Exhibit 314.

COA 315 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Matthew Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 315. See, attached, Exhibit 315.

COA 316 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Robert Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 316. See, attached, Exhibit 316.

COA 317 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Criminal Procedural Rules Committee of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 317. See, attached, Exhibit 317.

COA 318 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Disciplinary Board of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 318. See, attached, Exhibit 318.

COA 319 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Federal Judicial Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 319. See, attached, Exhibit 319.

COA 320 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Lori R. Hackenberg. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 320. See, attached, Exhibit 320.

COA 321 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against International Legal Aid Group. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 321. See, attached, Exhibit 321.

COA 322 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against John Doe(s) (unidentified defendants). Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 322. See, attached, Exhibit 322.

COA 323 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Judicial Conduct Board of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 323. See, attached, Exhibit 323.

COA 324 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Judicial Conference of the United States. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 324. See, attached, Exhibit 324.

COA 325 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 325. See, attached, Exhibit 325.

COA 326 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Brian Kerstetter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 326. See, attached, Exhibit 326.

COA 327 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Robert Leadbeter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 327. See, attached, Exhibit 327.

COA 328 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 328. See, attached, Exhibit 328.

COA 329 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Kathleen Lincoln. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 329. See, attached, Exhibit 329.

COA 330 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Lycoming Law Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 330. See, attached, Exhibit 330.

COA 331 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Karoline Mehalchick. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 331. See, attached, Exhibit 331.

COA 332 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Gabriele Miller-Wagner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 332. See, attached, Exhibit 332.

COA 333 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 333. See, attached, Exhibit 333.

COA 334 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against National Conference of Bar Examiners. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 334. See, attached, Exhibit 334.

COA 335 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Jenna Ann Neidig. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 335. See, attached, Exhibit 335.

COA 336 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 336. See, attached, Exhibit 336.

COA 337 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Northumberland County Prothonotary's Office. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 337. See, attached, Exhibit 337.

COA 338 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Office of Disciplinary Counsel. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 338. See, attached, Exhibit 338.

COA 339 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Office of the Attorney General of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 339. See, attached, Exhibit 339.

COA 340 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 340. See, attached, Exhibit 340.

COA 341 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Pennsylvania Board of Law Examiners. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 341. See, attached, Exhibit 341.

COA 342 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Pennsylvania Department of Human Services. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 342. See, attached, Exhibit 342.

COA 343 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Pennsylvania Department of Military and Veterans Affairs. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 343. See, attached, Exhibit 343.

COA 344 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Pennsylvania General Assembly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 344. See, attached, Exhibit 344.

COA 345 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 345. See, attached, Exhibit 345.

COA 346 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Michael F. J. Piecuch. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 346. See, attached, Exhibit 346.

COA 347 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Jeffrey A. Rowe. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 347. See, attached, Exhibit 347.

COA 348 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Jamie Saleski. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 348. See, attached, Exhibit 348.

COA 349 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Alexandra Sholley. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 349. See, attached, Exhibit 349.

COA 350 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Marsha Skoff. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 350. See, attached, Exhibit 350.

COA 351 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 351. See, attached, Exhibit 351.

COA 352 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Snyder County. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 352. See, attached, Exhibit 352.

COA 353 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 353. See, attached, Exhibit 353.

COA 354 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Sarah Stigerwalt-Egan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 354. See, attached, Exhibit 354.

COA 355 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against David Andrew Strouse. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 355. See, attached, Exhibit 355.

COA 356 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against K. Michael Sullivan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 356. See, attached, Exhibit 356.

COA 357 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 357. See, attached, Exhibit 357.

COA 358 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 358. See, attached, Exhibit 358.

COA 359 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 359. See, attached, Exhibit 359.

COA 360 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against David K. Trevaskis. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 360. See, attached, Exhibit 360.

COA 361 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Brian Ulmer. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 361. See, attached, Exhibit 361.

COA 362 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Union County. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 362. See, attached, Exhibit 362.

COA 363 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 363. See, attached, Exhibit 363.

COA 364 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 364. See, attached, Exhibit 364.

COA 365 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 365. See, attached, Exhibit 365.

COA 366 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 366. See, attached, Exhibit 366.

COA 367 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against United States Bankruptcy Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 367. See, attached, Exhibit 367.

COA 368 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against United States Congress. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 368. See, attached, Exhibit 368.

COA 369 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against United States Court of Appeals for the Third Circuit. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 369. See, attached, Exhibit 369.

COA 370 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against United States Department of Health and Human Services. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 370. See, attached, Exhibit 370.

COA 371 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against United States District Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 371. See, attached, Exhibit 371.

COA 372 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Rachel Wiest-Benner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 372. See, attached, Exhibit 372.

COA 373 pled Civil RICO and RICO Conspiracy, 18 U.S.C. §§ 1962(c), (d) against Jennifer P. Wilson. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 373. See, attached, Exhibit 373.

COA 374 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Administrative Office of Pennsylvania Courts. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 374. See, attached, Exhibit 374.

COA 375 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Kylie Aikey. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 375. See, attached, Exhibit 375.

COA 376 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against American Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 376. See, attached, Exhibit 376.

COA 377 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 377. See, attached, Exhibit 377.

COA 378 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Matthew W. Brann. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 378. See, attached, Exhibit 378.

COA 379 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Heath Brosius. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 379. See, attached, Exhibit 379.

COA 380 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 380. See, attached, Exhibit 380.

COA 381 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Jessica Chapman. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 381. See, attached, Exhibit 381.

COA 382 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against William R. Christman III. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 382. See, attached, Exhibit 382.

COA 383 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Civil Procedural Rules Committee of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 383. See, attached, Exhibit 383.

COA 384 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 384. See, attached, Exhibit 384.

COA 385 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Clinton County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 385. See, attached, Exhibit 385.

COA 386 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Committee on Rules of Practice and Procedure. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 386. See, attached, Exhibit 386.

COA 387 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Commonwealth of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 387. See, attached, Exhibit 387.

COA 388 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Mark J. Conway. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 388. See, attached, Exhibit 388.

COA 389 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Court of Judicial Discipline of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 389. See, attached, Exhibit 389.

COA 390 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Matthew Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 390. See, attached, Exhibit 390.

COA 391 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Robert Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 391. See, attached, Exhibit 391.

COA 392 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Criminal Procedural Rules Committee of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 392. See, attached, Exhibit 392.

COA 393 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Disciplinary Board of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 393. See, attached, Exhibit 393.

COA 394 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Federal Judicial Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 394. See, attached, Exhibit 394.

COA 395 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Lori R. Hackenberg. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 395. See, attached, Exhibit 395.

COA 396 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against International Legal Aid Group. Plaintiff incorporates by

reference the Notice of Appeal and accompanying documents she has filed with regard to COA 396. See, attached, Exhibit 396.

COA 397 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against John Doe(s) (unidentified defendants). Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 397. See, attached, Exhibit 397.

COA 398 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Judicial Conduct Board of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 398. See, attached, Exhibit 398.

COA 399 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Judicial Conference of the United States. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 399. See, attached, Exhibit 399.

COA 400 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 400. See, attached, Exhibit 400.

COA 401 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Brian Kerstetter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 401. See, attached, Exhibit 401.

COA 402 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Robert Leadbeter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 402. See, attached, Exhibit 402.

COA 403 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 403. See, attached, Exhibit 403.

COA 404 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Kathleen Lincoln. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 404. See, attached, Exhibit 404.

COA 405 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Lycoming Law Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 405. See, attached, Exhibit 405.

COA 406 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Karoline Mehalchick. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 406. See, attached, Exhibit 406.

COA 407 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Gabriele Miller-Wagner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 407. See, attached, Exhibit 407.

COA 408 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 408. See, attached, Exhibit 408.

COA 409 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against National Conference of Bar Examiners. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 409. See, attached, Exhibit 409.

COA 410 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Jenna Ann Neidig. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 410. See, attached, Exhibit 410.

COA 411 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 411. See, attached, Exhibit 411.

COA 412 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Northumberland County Prothonotary’s Office. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 412. See, attached, Exhibit 412.

COA 413 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Office of Disciplinary Counsel. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 413. See, attached, Exhibit 413.

COA 414 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Office of the Attorney General of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 414. See, attached, Exhibit 414.

COA 415 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 415. See, attached, Exhibit 415.

COA 416 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Pennsylvania Board of Law Examiners. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 416. See, attached, Exhibit 416.

COA 417 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Pennsylvania Department of Human Services. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 417. See, attached, Exhibit 417.

COA 418 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Pennsylvania Department of Military and Veterans Affairs. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 418. See, attached, Exhibit 418.

COA 419 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Pennsylvania General Assembly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 419. See, attached, Exhibit 419.

COA 420 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 420. See, attached, Exhibit 420.

COA 421 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Michael F. J. Piecuch. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 421. See, attached, Exhibit 421.

COA 422 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Jeffrey A. Rowe. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 422. See, attached, Exhibit 422.

COA 423 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Jamie Saleski. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 423. See, attached, Exhibit 423.

COA 424 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Alexandra Sholley. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 424. See, attached, Exhibit 424.

COA 425 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Marsha Skoff. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 425. See, attached, Exhibit 425.

COA 426 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 426. See, attached, Exhibit 426.

COA 427 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Snyder County. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 427. See, attached, Exhibit 427.

COA 428 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 428. See, attached, Exhibit 428.

COA 429 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Sarah Stigerwalt-Egan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 429. See, attached, Exhibit 429.

COA 430 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against David Andrew Strouse. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 430. See, attached, Exhibit 430.

COA 431 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against K. Michael Sullivan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 431. See, attached, Exhibit 431.

COA 432 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 432. See, attached, Exhibit 432.

COA 433 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 433. See, attached, Exhibit 433.

COA 434 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 434. See, attached, Exhibit 434.

COA 435 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against David K. Trevaskis. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 435. See, attached, Exhibit 435.

COA 436 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Brian Ulmer. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 436. See, attached, Exhibit 436.

COA 437 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Union County. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 437. See, attached, Exhibit 437.

COA 438 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 438. See, attached, Exhibit 438.

COA 439 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 439. See, attached, Exhibit 439.

COA 440 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 440. See, attached, Exhibit 440.

COA 441 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 441. See, attached, Exhibit 441.

COA 442 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against United States Bankruptcy Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 442. See, attached, Exhibit 442.

COA 443 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against United States Congress. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 443. See, attached, Exhibit 443.

COA 444 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against United States Court of Appeals for the Third Circuit. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 444. See, attached, Exhibit 444.

COA 445 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against United States Department of Health and Human Services. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 445. See, attached, Exhibit 445.

COA 446 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against United States District Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 446. See, attached, Exhibit 446.

COA 447 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Rachel Wiest-Benner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 447. See, attached, Exhibit 447.

COA 448 pled Sherman Act §§ 1–2 and Clayton Act Antitrust against Jennifer P. Wilson. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 448. See, attached, Exhibit 448.

COA 449 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Administrative Office of Pennsylvania Courts. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 449. See, attached, Exhibit 449.

COA 450 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Kylie Aikey. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 450. See, attached, Exhibit 450.

COA 451 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against American Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 451. See, attached, Exhibit 451.

COA 452 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Bloomsburg Fair Association. Plaintiff incorporates by reference the Notice of Appeal and

accompanying documents she has filed with regard to COA 452. See, attached, Exhibit 452.

COA 453 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Matthew W. Brann. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 453. See, attached, Exhibit 453.

COA 454 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Heath Brosius. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 454. See, attached, Exhibit 454.

COA 455 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Bucknell University. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 455. See, attached, Exhibit 455.

COA 456 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Jessica Chapman. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 456. See, attached, Exhibit 456.

COA 457 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against William R. Christman III. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 457. See, attached, Exhibit 457.

COA 458 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Civil Procedural Rules Committee of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 458. See, attached, Exhibit 458.

COA 459 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Mary Beth Clark. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 459. See, attached, Exhibit 459.

COA 460 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Clinton County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 460. See, attached, Exhibit 460.

COA 461 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Committee on Rules of Practice and Procedure. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 461. See, attached, Exhibit 461.

COA 462 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Commonwealth of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 462. See, attached, Exhibit 462.

COA 463 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Mark J. Conway. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 463. See, attached, Exhibit 463.

COA 464 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Court of Judicial Discipline of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 464. See, attached, Exhibit 464.

COA 465 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Matthew Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 465. See, attached, Exhibit 465.

COA 466 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Robert Cravitz. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 466. See, attached, Exhibit 466.

COA 467 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Criminal Procedural Rules Committee of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 467. See, attached, Exhibit 467.

COA 468 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Disciplinary Board of the Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 468. See, attached, Exhibit 468.

COA 469 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Federal Judicial Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 469. See, attached, Exhibit 469.

COA 470 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Lori R. Hackenberg. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 470. See, attached, Exhibit 470.

COA 471 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against International Legal Aid Group. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 471. See, attached, Exhibit 471.

COA 472 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against John Doe(s) (unidentified defendants). Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 472. See, attached, Exhibit 472.

COA 473 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Judicial Conduct Board of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 473. See, attached, Exhibit 473.

COA 474 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Judicial Conference of the United States. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 474. See, attached, Exhibit 474.

COA 475 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Heather Kelly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 475. See, attached, Exhibit 475.

COA 476 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Brian Kerstetter. Plaintiff incorporates by reference the Notice of Appeal and accompanying

documents she has filed with regard to COA 476. See, attached, Exhibit 476.

COA 477 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Robert Leadbeter. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 477. See, attached, Exhibit 477.

COA 478 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Legal Services Corporation. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 478. See, attached, Exhibit 478.

COA 479 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Kathleen Lincoln. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 479. See, attached, Exhibit 479.

COA 480 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Lycoming Law Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 480. See, attached, Exhibit 480.

COA 481 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Karoline Mehalchick. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 481. See, attached, Exhibit 481.

COA 482 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Gabriele Miller-Wagner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 482. See, attached, Exhibit 482.

COA 483 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Lori A. Molloy. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 483. See, attached, Exhibit 483.

COA 484 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against National Conference of Bar Examiners. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 484. See, attached, Exhibit 484.

COA 485 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Jenna Ann Neidig. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 485. See, attached, Exhibit 485.

COA 486 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against North Penn Legal Services, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 486. See, attached, Exhibit 486.

COA 487 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Northumberland County Prothonotary's Office. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 487. See, attached, Exhibit 487.

COA 488 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Office of Disciplinary Counsel. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 488. See, attached, Exhibit 488.

COA 489 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Office of the Attorney General of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 489. See, attached, Exhibit 489.

COA 490 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Pennsylvania Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 490. See, attached, Exhibit 490.

COA 491 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Pennsylvania Board of Law Examiners. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 491. See, attached, Exhibit 491.

COA 492 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Pennsylvania Department of Human Services. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 492. See, attached, Exhibit 492.

COA 493 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Pennsylvania Department of Military and Veterans Affairs. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 493. See, attached, Exhibit 493.

COA 494 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Pennsylvania General Assembly. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 494. See, attached, Exhibit 494.

COA 495 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Pennsylvania Legal Aid Network, Inc. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 495. See, attached, Exhibit 495.

COA 496 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Michael F. J. Piecuch. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 496. See, attached, Exhibit 496.

COA 497 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Jeffrey A. Rowe. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 497. See, attached, Exhibit 497.

COA 498 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Jamie Saleski. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 498. See, attached, Exhibit 498.

COA 499 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Alexandra Sholley. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 499. See, attached, Exhibit 499.

COA 500 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Marsha Skoff. Plaintiff incorporates by reference the Notice of Appeal and accompanying

documents she has filed with regard to COA 500. See, attached, Exhibit 500.

COA 501 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Timothy Smith. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 501. See, attached, Exhibit 501.

COA 502 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Snyder County. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 502. See, attached, Exhibit 502.

COA 503 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Snyder County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 503. See, attached, Exhibit 503.

COA 504 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Sarah Stigerwalt-Egan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 504. See, attached, Exhibit 504.

COA 505 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against David Andrew Strouse. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 505. See, attached, Exhibit 505.

COA 506 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against K. Michael Sullivan. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 506. See, attached, Exhibit 506.

COA 507 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Supreme Court of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 507. See, attached, Exhibit 507.

COA 508 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Transitions Legal Center. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 508. See, attached, Exhibit 508.

COA 509 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Transitions of PA. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 509. See, attached, Exhibit 509.

COA 510 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against David K. Trevaskis. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 510. See, attached, Exhibit 510.

COA 511 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Brian Ulmer. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 511. See, attached, Exhibit 511.

COA 512 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Union County. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 512. See, attached, Exhibit 512.

COA 513 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Union County Criminal Justice Advisory Board. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 513. See, attached, Exhibit 513.

COA 514 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Union County Mental Health Advisory Committee. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 514. See, attached, Exhibit 514.

COA 515 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Union County STOP Coalition. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 515. See, attached, Exhibit 515.

COA 516 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Union–Snyder County Bar Association. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 516. See, attached, Exhibit 516.

COA 517 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against United States Bankruptcy Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 517. See, attached, Exhibit 517.

COA 518 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against United States Congress. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 518. See, attached, Exhibit 518.

COA 519 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against United States Court of Appeals for the Third Circuit. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 519. See, attached, Exhibit 519.

COA 520 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against United States Department of Health and Human Services. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 520. See, attached, Exhibit 520.

COA 521 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against United States District Court for the Middle District of Pennsylvania. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 521. See, attached, Exhibit 521.

COA 522 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Rachel Wiest-Benner. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 522. See, attached, Exhibit 522.

COA 523 pled 42 U.S.C. § 1983, Constitutional Conspiracy, and Pennsylvania Civil Conspiracy against Jennifer P. Wilson. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 523. See, attached, Exhibit 523.

COA 524 pled the cause of action set forth in the separately submitted COA 524 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal

and accompanying documents she has filed with regard to COA 524. See, attached, Exhibit 524.

COA 525 pled the cause of action set forth in the separately submitted COA 525 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 525. See, attached, Exhibit 525.

COA 526 pled the cause of action set forth in the separately submitted COA 526 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 526. See, attached, Exhibit 526.

COA 527 pled the cause of action set forth in the separately submitted COA 527 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 527. See, attached, Exhibit 527.

COA 528 pled the cause of action set forth in the separately submitted COA 528 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 528. See, attached, Exhibit 528.

COA 529 pled the cause of action set forth in the separately submitted COA 529 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 529. See, attached, Exhibit 529.

COA 530 pled the cause of action set forth in the separately submitted COA 530 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 530. See, attached, Exhibit 530.

COA 531 pled the cause of action set forth in the separately submitted COA 531 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 531. See, attached, Exhibit 531.

COA 532 pled the cause of action set forth in the separately submitted COA 532 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 532. See, attached, Exhibit 532.

COA 533 pled the cause of action set forth in the separately submitted COA 533 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 533. See, attached, Exhibit 533.

COA 534 pled the cause of action set forth in the separately submitted COA 534 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 534. See, attached, Exhibit 534.

COA 535 pled the cause of action set forth in the separately submitted COA 535 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 535. See, attached, Exhibit 535.

COA 536 pled the cause of action set forth in the separately submitted COA 536 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 536. See, attached, Exhibit 536.

COA 537 pled the cause of action set forth in the separately submitted COA 537 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 537. See, attached, Exhibit 537.

COA 538 pled the cause of action set forth in the separately submitted COA 538 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 538. See, attached, Exhibit 538.

COA 539 pled the cause of action set forth in the separately submitted COA 539 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 539. See, attached, Exhibit 539.

COA 540 pled the cause of action set forth in the separately submitted COA 540 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 540. See, attached, Exhibit 540.

COA 541 pled the cause of action set forth in the separately submitted COA 541 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 541. See, attached, Exhibit 541.

COA 542 pled the cause of action set forth in the separately submitted COA 542 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 542. See, attached, Exhibit 542.

COA 543 pled the cause of action set forth in the separately submitted COA 543 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 543. See, attached, Exhibit 543.

COA 544 pled the cause of action set forth in the separately submitted COA 544 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 544. See, attached, Exhibit 544.

COA 545 pled the cause of action set forth in the separately submitted COA 545 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 545. See, attached, Exhibit 545.

COA 546 pled the cause of action set forth in the separately submitted COA 546 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 546. See, attached, Exhibit 546.

COA 547 pled the cause of action set forth in the separately submitted COA 547 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 547. See, attached, Exhibit 547.

COA 548 pled the cause of action set forth in the separately submitted COA 548 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal

and accompanying documents she has filed with regard to COA 548. See, attached, Exhibit 548.

COA 549 pled the cause of action set forth in the separately submitted COA 549 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 549. See, attached, Exhibit 549.

COA 550 pled the cause of action set forth in the separately submitted COA 550 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 550. See, attached, Exhibit 550.

COA 551 pled the cause of action set forth in the separately submitted COA 551 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 551. See, attached, Exhibit 551.

COA 552 pled the cause of action set forth in the separately submitted COA 552 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 552. See, attached, Exhibit 552.

COA 553 pled the cause of action set forth in the separately submitted COA 553 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 553. See, attached, Exhibit 553.

COA 554 pled the cause of action set forth in the separately submitted COA 554 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 554. See, attached, Exhibit 554.

COA 555 pled the cause of action set forth in the separately submitted COA 555 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 555. See, attached, Exhibit 555.

COA 556 pled the cause of action set forth in the separately submitted COA 556 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 556. See, attached, Exhibit 556.

COA 557 pled the cause of action set forth in the separately submitted COA 557 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 557. See, attached, Exhibit 557.

COA 558 pled the cause of action set forth in the separately submitted COA 558 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 558. See, attached, Exhibit 558.

COA 559 pled the cause of action set forth in the separately submitted COA 559 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 559. See, attached, Exhibit 559.

COA 560 pled the cause of action set forth in the separately submitted COA 560 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 560. See, attached, Exhibit 560.

COA 561 pled the cause of action set forth in the separately submitted COA 561 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 561. See, attached, Exhibit 561.

COA 562 pled the cause of action set forth in the separately submitted COA 562 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 562. See, attached, Exhibit 562.

COA 563 pled the cause of action set forth in the separately submitted COA 563 complaint against the defendant identified in that complaint. Plaintiff incorporates by reference the Notice of Appeal and accompanying documents she has filed with regard to COA 563. See, attached, Exhibit 563.

Respectfully submitted,
/s/ Paige J. Martineau
Paige J. Martineau, Esq.
Pennsylvania Attorney ID No. 325096
Counsel for Laticia Hoagland in the District Court